UNITED STATES of America, Appellee,

v.

Gregory Lamont CHARLES, Appellant.

No. 00–1651.

United States Court of Appeals, Eighth Circuit.

Submitted April 6, 2001.

Decided April 18, 2001.

---

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In this direct criminal appeal, Gregory Lamont Charles contends the district court committed reversible error by refusing to declare a mistrial and by allowing the government to bolster the testir  ĵy of one of its witnesses. Having satisfied ourselves that the district court correctly resolved Charles's challenges and that the appeal simply involves the  plication of settled principles of law to uniqu  acts, we conclude the issues do not warrant a comprehensive opinion. We thus reject Charles's contentions and affirm his conviction without further discussion. See 8th Cir. R. 47B.